**ATTORNEY GRIEVANCE COMMISSION**
**OF MARYLAND**

**v.**

**JAMES CHARLES PRALEY**

| | |
| --- | --- |
| * | **IN THE** |
| * | **COURT OF APPEALS** |
| * | **OF MARYLAND** |
| * | **Misc. Docket AG No. 8**<br>**September Term, 2021** |
| * | **(No. C-02-CV-21-000788,** |
| * | **Circuit Court for Anne**<br>**Arundel County)** |

## O R D E R

Upon consideration of the Joint Petition for Reprimand filed by the Attorney

Grievance Commission of Maryland and the Respondent, James Charles Praley, it is this 18th

day of February, 2022

**ORDERED**, by the Court of Appeals of Maryland, a majority of the of the Court

concurring, that the Respondent, James Charles Praley, be, and he hereby is,

REPRIMANDED for violating Rules 19-301.1, 19-301.3, 19-301.4(a) and (b), and 19-

308.4(a) of the Maryland Attorneys' Rules of Professional Conduct.

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Joseph M. Getty
Chief Judge

Suzanne C. Johnson, Clerk